FILED
JEANNE A. NAUGHTON, CLERK
FEB 20 2026
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY D. Chyorouse DEPUTY

B 2650
(12/15)

# United States Bankruptcy Court
## Southern District Of New York

In Re:

| | | |
|---|---|---|
| Alrose Allegria LLC<br>Debtor | ) | Case No. 15-11760 (PB) |
| Kenneth Silverman, the former chapter 11 trustee of the former jointly administered bankruptcy estates of Alrose Allegria LLC and Alrose King David LLC and the Creditor Trustee of the Allegria Creditor Trust<br>Plaintiff | ) | Chapter 11 |
| v. | ) | |
| Allen Rosenberg, Mia Rosenberg, and Faye Klausner<br>Defendant | ) | Adv. Proc. No. 25-1041 (PB) |

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on December 18, 2025 as it appears in the records of this court, and that:

X No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

X No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _______________.
Date

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the ____________________ issued on ___________.
Name of Court Date

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _________.
Date

Vito Genna
Clerk of the Bankruptcy Court

By: ______________________
Deputy Clerk

February 11, 2026
Date